# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.R. SOKOL, INC., : | CIVIL ACTION NO. 4:17-CV-1196 |
| **Plaintiff** : | |
| : | (Chief Judge Conner) |
| v. : | |
| NORTHPOINT DEVELOPMENT, LLC, : | |
| AND NP NEW CASTLE, LLC, : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 27th day of December, 2017, it having been reported to the Court that the above-captioned action has been settled, it is hereby ORDERED that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania